[No. 9588–2–II.  Division Two.  June 3, 1987.]

TRANSAMERICA INSURANCE COMPANY, *Appellant,* v.
DANIEL M. OLIVER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–05036–9, Arthur W. Verharen, J., entered February 14, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 9627–7–II.  Division Three.  June 4, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. MARCUS DWAYNE PATTERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 82–1–00595–9, John N. Skimas, J., entered February 19, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J.

[No. 9406–1–II.  Division Three.  June 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
GERALD LEE MOSS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00524–4, Robert L. Harris, J., entered November 21, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.